IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
FEB 22 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:07CR24-MEF |
| ) | [18 USC 922(g)(1)] |
| JERRY DON ARD, JR. ) | |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 14th day of August, 2006, in Dothan, Alabama, within the Middle District of Alabama,

JERRY DON ARD, JR.,

defendant herein, having been convicted on or about the 6th day of April, 1993, of Kidnaping, 1st degree a felony for which he was sentenced to serve 22 years by the Circuit Court of Houston County, Alabama, did thereafter knowingly possess, in and affecting commerce, the following firearms:

    a High Standard, Model 25, .22 Caliber Rifle;

    an Iver Johnson, Model X, .22 Caliber Rifle;

    a Remington, Model 241, .22 Caliber Rifle; and

    a Remington, Model 514, .22 Caliber Rifle, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.    Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

JERRY DON ARD, JR.,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

One High Standard, Model 25, .22 caliber rifle;

One Iver Johnson, Model X, .22 caliber rifle;

One Remington, Model 241, .22 caliber rifle; and,

One Remington, Model 514, .22 caliber rifle.

C.   If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred, sold to, or deposited with a third person;

(3)   has been placed beyond the jurisdiction of the court;

(4)   has been substantially diminished in value; or,

(5)   has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

_____
Foreperson

_____
*per* LEURA G. CANARY
UNITED STATES ATTORNEY

_____
John T. Harmon
Assistant United States Attorney

_____
Kent B. Brunson
Assistant United States Attorney