IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr24-MEF |
| | ) | |
| JERRY DON ARD, JR. | ) | |

MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

    Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Jerry Don Ard, Jr., now in custody of Bibb Correctional Facility, Centreville, Alabama, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on April 18, 2007, at 10:00 a.m.

    WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Warden, Bibb Correctional Facility, Centreville, Alabama, commanding him to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on April 18, 2007, at 10:00 a.m.

    Respectfully submitted this the 14th day of March, 2007.

                                                                    Respectfully submitted,

                                                                    LEURA G. CANARY
                                                                    UNITED STATES ATTORNEY

                                                                    /s/Kent B. Brunson
                                                                    KENT B. BRUNSON
                                                                    Assistant United States Attorney
                                                                    One Court Square, Suite 201
                                                                    Montgomery, AL 36104
                                                                    Phone: (334) 223-7280
                                                                    Fax: (334) 223-7135
                                                                    E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO.  1:07cr24-MEF |
| ) | |
| JERRY DON ARD, JR.  ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed March 14, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Bibb Correctional Facility, Centreville, Alabama, commanding them to deliver Jerry Don Ard, Jr., to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on April 18, 2007, at 10:00 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this _____ day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE