IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 1:07CR24-MEF |
| ) | |
| JERRY DON ARD, JR. ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE SHERIFF AND/OR KEEPER OF   BIBB CORRECTIONAL FACILITY
                                  CENTREVILLE, ALABAMA

and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

   We command you, that you have the body of ____**JERRY DON ARD, JR.**____,

a prisoner in your institution and under your control, as it is said, under safe and secure conduct,

to appear before the United States District Court for the Middle District of Alabama, at the

courtroom of said court, in the city of MONTGOMERY on **April 18, 2007, at 10:00 A.M.**,

to answer charges pending in said court and for such other proceedings as may appear proper to

the court; and thereafter, that you return the said defendant to the above-named institution under

safe and secure conduct.

BY ORDER OF THE COURT.

DONE, this the 15th day of March, 2007.

                              DEBRA P. HACKETT, CLERK
                              UNITED STATES DISTRICT COURT
                              MIDDLE DISTRICT OF ALABAMA
                              BY: *[signature]*
                              Deputy Clerk