# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 1:07CR24-TMH |
| ) | |
| JERRY DON ARD, JR.  ) | |

## MOTION IN LIMINE CONCERNING MARIJUANA FOUND IN MR. ARD'S RESIDENCE

**COMES NOW** the Defendant, **JERRY DON ARD, JR.**, by undersigned counsel, and hereby moves *in limine* for an Order directing the United States to refrain from placing any statement, argument, evidence or testimony before the jury concerning a small amount of marijuana residue that parole officers found in Mr. Ard's residence. In support of this motion, Mr. Ard would show the following:

1. Parole officers searched Mr. Ard's residence on August 14, 2006. During the search they found the firearms identified in the indictment and the residue of four marijuana cigarettes. Mr. Ard has not been charged with nor convicted of any crime in relation to the marijuana residue that the officers found at his residence.

2. Any evidence that the United States were to offer concerning the marijuana residue found at Mr. Ard's residence would have absolutely no relevance to the charge in the indictment of being a felon in possession of a firearm, in violation of 18 U.S.C. §922(g)(1). Evidence which is not relevant is not admissible. Federal Rule of Evidence 402.

3. Therefore, the Court should issue an Order directing the United States to

refrain from placing before the jury any evidence concerning the marijuana residue found in Mr. Ard's residence.

**WHEREFORE**, for the foregoing reasons, Mr. Ard respectfully requests that this Court grant his Motion in Limine.

Dated this 25th day of May 2007.

> Respectfully submitted,
>
> s/ Donnie W. Bethel
> DONNIE W. BETHEL
> Assistant Federal Defender
> 201 Monroe Street, Suite 407
> Montgomery, Alabama 36104
> Phone: (334) 834-2099
> Fax: (334) 834-0353
> E-mail:don_bethel@fd.org
> IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 1:07CR24-MEF |
| ) | |
| JERRY DON ARD, JR. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent Brunson, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49