IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cr-024-MEF |
| | ) | (WO) |
| JERRY DON ARD, JR. | ) | |

# **O R D E R**

It is hereby ORDERED that a status conference is set for July 11, 2007 at 9:00 a.m. by conference call.

DONE this the 9th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE