## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 1:07CR24-MEF |
| ) | |
| JERRY DON ARD, JR. ) | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, JERRY DON ARD, JR., by and through undersigned counsel, Donnie W. Bethel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 30th day of July, 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 1:07CR24-MEF |
| ) | |
| JERRY DON ARD, JR. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Verne H. Speirs, Esquire
U. S. Attorneys' Office
One Court Square, Suite 201
Montgomery, AL 36104

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49