IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cr-24-MEF |
| | ) | |
| JERRY DON ARD, JR. | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Add Publication Dates to Record (Doc. #44) filed on October 26, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 29th day of October, 2007.

                                                          /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE