```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

UNITED STATES OF AMERICA   )
                           )
        v.                 )   CR. NO. 1:07cr24-MEF
                           )
JERRY DON ARD              )

<u>UNITED STATES OF AMERICA'S MOTION</u>
<u>FOR A FINAL ORDER OF FORFEITURE</u>

The United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

That on August 22, 2007, this Court entered a Preliminary Order of Forfeiture ordering Jerry Don Ard to forfeit:

> One High Standard, Model 25, 22 Caliber Rifle, bearing no serial number;
>
> One Iver Johnson, Model X, .22 Caliber Rifle, bearing serial number 8886;
>
> One Remington, Model 241, .22 Caliber Rifle, bearing serial number 47450; and,
>
> One Remington, Model 514, .22 Caliber Rifle, bearing serial number AG34.

That notice of this forfeiture and of the intent of the United States to dispose of the firearms in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearms was published in the <u>Montgomery Independent</u> newspaper on October 11, 18 and 25, 2007; and,

That no petitions of interest were filed within that thirty-day period. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture as proposed in the attached Order.

Defense counsel does not oppose entry of a Final Order of Forfeiture.

Respectfully submitted this 28th day of November, 2007.

```
                              FOR THE UNITED STATES ATTORNEY
                                    LEURA G. CANARY



                              /s/John T. Harmon
                              John T. Harmon
                              Assistant United States Attorney
                              Bar Number: 7068-II58J
                              Office of the United States Attorney
                              Middle District of Alabama
                              131 Clayton Street
                              Post Office Box 197
                              Montgomery, Alabama 36101-0197
                              Telephone:(334) 223-7280
                              Facsimile:(334) 223-7560
                              E-mail: John.Harmon@usdoj.gov
```

CERTIFICATE OF SERVICE

    I hereby certify that on November 28, 2007, I electronically filed the foregoing Motion for Final Order of Forfeiture and Proposed Final Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    /s/John T. Harmon
John T. Harmon
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr24-MEF |
| | ) | |
| JERRY DON ARD | ) | |

<u>FINAL ORDER OF FORFEITURE</u>

WHEREAS, on August 22, 2007, this Court entered a Preliminary Order of Forfeiture, ordering defendant Jerry Don Ard to forfeit the following firearms:

      One High Standard, Model 25, 22 Caliber Rifle, bearing no serial number;

      One Iver Johnson, Model X, .22 Caliber Rifle, bearing serial number 8886;

      One Remington, Model 241, .22 Caliber Rifle, bearing serial number 47450; and,

      One Remington, Model 514, .22 Caliber Rifle, bearing serial number AG34.

The United States published notice of this forfeiture in the <u>Montgomery Independent</u> newspaper in accordance with the law and as specified in the Preliminary Order, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearms;

No timely petition has been filed; and,

The Court finds that defendant Jerry Don Ard had an interest in the firearms that are subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States

Code, Section 2461(c). The United States has established the requisite nexus between such firearms in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The following firearms are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

> One High Standard, Model 25, 22 Caliber Rifle, bearing no serial number;
>
> One Iver Johnson, Model X, .22 Caliber Rifle, bearing serial number 8886;
>
> One Remington, Model 241, .22 Caliber Rifle, bearing serial number 47450; and,
>
> One Remington, Model 514, .22 Caliber Rifle, bearing serial number AG34.

2. All right, title and interest to the firearms described above are hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE