IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr24-MEF |
| | ) | |
| JERRY DON ARD | ) | |

FINAL ORDER OF FORFEITURE

WHEREAS, on August 22, 2007, this Court entered a Preliminary Order of Forfeiture, ordering defendant Jerry Don Ard to forfeit the following firearms:

> One High Standard, Model 25, 22 Caliber Rifle, bearing no serial number;
>
> One Iver Johnson, Model X, .22 Caliber Rifle, bearing serial number 8886;
>
> One Remington, Model 241, .22 Caliber Rifle, bearing serial number 47450; and,
>
> One Remington, Model 514, .22 Caliber Rifle, bearing serial number AG34.

The United States published notice of this forfeiture in the Montgomery Independent newspaper in accordance with the law and as specified in the Preliminary Order, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearms;

No timely petition has been filed; and,

The Court finds that defendant Jerry Don Ard had an interest in the firearms that are subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such firearms in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The following firearms are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

> One High Standard, Model 25, 22 Caliber Rifle, bearing no serial number;
>
> One Iver Johnson, Model X, .22 Caliber Rifle, bearing serial number 8886;
>
> One Remington, Model 241, .22 Caliber Rifle, bearing serial number 47450; and,
>
> One Remington, Model 514, .22 Caliber Rifle, bearing serial number AG34.

2. All right, title and interest to the firearms described above are hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

5. The United States of America's Motion for a Final Order of Forfeiture (Doc. # 50) is GRANTED.

SO ORDERED this the 29th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE